1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARMICHAEL,<br><br>      Plaintiff,<br><br>  v.<br><br>W. WILSON, et al.,<br><br>      Defendants. | Case No.: 1:12cv01913 LJO DLB (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MARSHALL<br><br>(Document 24) |

    Plaintiff Michael Carmichael ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    Defendants W. Wilson, E. Pressley, D. Meyer and M. Aguilar filed an answer on March 24, 2014. As a result, the Court issued a Discovery and Scheduling Order on March 25, 2014. At the time, all Defendants had not yet appeared.

    Subsequently, on April 9, 2014, Defendant Marshall filed an answer.

1

Accordingly, application of the Discovery and Scheduling Order filed on March 25, 2014, IS HEREBY EXTENDED to Defendant Marshall.

IT IS SO ORDERED.

Dated: **April 10, 2014**         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE